**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **KELLY COOKSEY,** | ) | **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| | ) | |
| | ) | |
| | ) | **CASE NO. 3:24-cv-00720-DJH** |
| **PLAINTIFF,** | ) | |
| | ) | **JUDGE David J. Hale** |
| **v.** | ) | |
| | ) | ***ELECTRONICALLY FILED*** |
| **XCLUSIVE PROFESSIONAL AUTO** | ) | |
| **DETAIL, LLC,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **MICHAEL W. WARFIELD,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

Comes now Plaintiff Kelly Cooksey ("Plaintiff"), by counsel, and respectfully moves this Court for entry of default judgment against Defendants Xclusive Professional Auto Detail, LLC ("XPAD") and Michael W. Warfield ("Warfield") (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 55(b)(2) in the amount of $31,394.90, representing Plaintiff's unpaid wages, liquidated damages, and attorney fees and costs to date. In support of this Motion, Plaintiff submits herewith a Memorandum in Support.

Date: August 27, 2025

Respectfully submitted,

*/s/ Aleksandr "Sasha" Litvinov*
Aleksandr "Sasha" Litvinov (KBA # 95598)
**SMITH KRIVOSHEY, PC**
867 Boylston Street
5th Floor #1520
Boston, MA 02116
(617) 377-7404 (Main)
(617) 202-3409 (Direct)
sasha@skclassactions.com
COUNSEL FOR PLAINTIFF

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was sent by regular U.S. mail upon the following this 27th day of June, 2025:

Xclusive Professional Auto Detail, LLC
c/o Michael Warfield
13501 Pointview Court
Louisville, KY 40299