UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **KELLY COOKSEY,** | ) | ORDER ON |
| | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **DEFAULT JUDGMENT** |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 3:24-cv-00720-DJH |
| | ) | |
| v. | ) | JUDGE David J. Hale |
| | ) | |
| **XCLUSIVE PROFESSIONAL AUTO DETAIL, LLC,** | ) | *ELECTRONICALLY FILED* |
| | ) | |
| **and** | ) | |
| | ) | |
| **MICHAEL W. WARFIELD,** | ) | |
| | ) | |
| DEFENDANTS. | ) | |

This matter is before the Court on Plaintiff Kelly Cooksey's Motion for Default Judgment against Defendants Xclusive Professional Auto Detail, LLC and Michael Warfield ("Defendants"). The Court being sufficiently advised, it is hereby **ORDERED** that the Motion for Default Judgment is **GRANTED**.

It is further ORDERED, ADJUDGED, AND DECREED that:

1. The Court finds Defendants were duly served with the summons and complaint, have failed to appear, plead, or otherwise defend within the time prescribed by law, and default was duly entered by the Clerk of Court.

2. The Court has jurisdiction over the parties and subject matter of this action.

3. The Defendants are not infants, incompetents, or in military service.

4. Judgment is hereby entered in favor of Plaintiff Kelly Cooksey and against Defendants Xclusive Professional Auto Detail, LLC and Michael Warfield, jointly and severally, as follows in the amount of $31,394.90:

    a. Lost wages in the amount of $5,083.83;

    b. Liquidated damages in the amount of $5,083.83;

    c. Costs in the amount of $1,167.24; and

    d. Attorney fees in the amount of $20,060.00.

October 24, 2025

**David J. Hale, Judge**
**United States District Court**